IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| James Roberts, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | 16-cv-5560 |
| -*vs*- | ) | |
| | ) | Judge Lee |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) | |
| *Defendants*. | ) | |

# PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff James Roberts, by counsel, moves for partial summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1 on his Americans with Disabilities Act and Rehabilitation Act claims. In support of this motion, plaintiff submits the accompanying: (1) Memorandum of Law in Support of His Motion for Summary Judgment, (2) Statement Pursuant to Local Rule 56.1(a)(3), and (3) Exhibits to Plaintiff's Local Rule 56.1 Statement.

It is therefore respectfully requested that the Court enter partial summary judgment in favor of plaintiff.

Respectfully submitted,

/s/ <u>Patrick W. Morrissey</u>

Thomas G. Morrissey
Patrick W. Morrissey
10150 S. Western Ave., Rear Suite
Chicago, IL. 60643
(773) 233-7900

*Attorneys for Plaintiff*