IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| James Roberts, ) | |
| ) | |
|     *Plaintiff,* ) | |
| ) | 16-cv-5560 |
| -vs- ) | |
| ) | Judge Lee |
| Thomas Dart, Sheriff of Cook ) | |
| County, and Cook County, ) | |
| Illinois, ) | |
| ) | |
|     *Defendants.* ) | |

## PLAINTIFF'S INDEX OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | CCDOC Bed Assignments for James Roberts |
| 2 | Agreed Order in *United States v. Cook County*, 10 C 2946 |
| 3 | CCDOC Webpage Showing James Roberts Incarcerated |
| 4 | Uniform Federal Accessibility Standards |
| 5 | 1991 ADA Standards for Accessible Design |
| 6 | Nondiscrimination Based on Handicap in Federally Assisted Programs – Implementation of Section 504 of the Rehabilitation Act of 193 and Executive Order 11914, 45 Fed. Reg. 37620-36 (June 3, 1980) |
| 7 | United States Department of Justice, Civil Rights Division, ADA/Section 504 Design Guide: Accessible Cells in Correctional Facilities |
| 8 | Department of Justice, Enforcing the ADA: A Status Report from the Department of Justice |
| 9 | Michael Gumm Deposition in *Wade v. Dart*, 15 C 10644 |
| 10 | Defendant Cook County's Rule 26(a)(2)(C) Disclosures in *Flora v. Dart*, 15 C 1127 |
| 11 | Deposition of Sabrina Rivero-Canchola as Sheriff's Rule 30(b)(6) designee in *Flora v. Dart*, 15 C 1127 |
| 12 | Deposition of Matthew Burke as Sheriff's Rule 30(b)(6) designee dated September 23, 2016 in *Flora v. Dart*, 15 C 1127 |
| 13 | Deposition of James Roberts |
| 14 | Inter-agency Agreement between Sheriff and Cook County |

|    | |
|----|-----------------------------------------------------------------------------------------|
|    | executed January 28, 2011 |
| 15 | Deposition of Daniel Moreci as Sheriff's Rule 30(b)(6) designee in *Brown v. Dart*, 14 C 7945 |
| 16 | Daniel Moreci Affidavit submitted in *Flora v. Dart*, 15 C 1127 |
| 17 | Deposition of Daniel Moreci in *Bowers v. Dart*, 10 C 2946 |
| 18 | "List of wheelchair accessible beds in CCDOC" |
| 19 | Grievances submitted by James Roberts |
| 20 | Medical records for James Roberts |
| 21 | Affidavit of Michael Gumm Regarding ADA Construction at the Cook County Courthouses in *Lacy v. Dart*, 14 C 6259 |
| 22 | Order in *Phipps v. Sheriff*, 07 C 3889 |
| 23 | Response to Cook County's First Set of Interrogatories |
| 24 | Index of exhibits filed in support of summary judgment in *Flora v. Dart*, 15 C 1127 |
| 25 | Court Minutes Associated View for James Roberts |