UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

James Roberts
                          Plaintiff,

v.                                                   Case No.: 1:16–cv–05560
                                                             Honorable John Z. Lee

Thomas Dart, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 4, 2018:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 9/4/18. The parties report that they settled the case. This case is dismissed without prejudice; the dismissal will convert to a dismissal with prejudice on 10/12/18. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.